UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Reginald Hawkins**     Docket No. 7:14-CR-102-1FL

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Reginald Hawkins, who, upon an earlier plea of guilty to 21 USC §841(a)(1) and 21 USC §841(b)(1)(C), Distribution of a Quantity of Oxycodone and a Quantity of Methadone, and 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 9, 2016, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Reginald Hawkins was released from custody on January 18, 2019, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 24, 2019, Hawkins tested positive for cocaine and the court agreed to continue supervision and allow him to participate in substance abuse treatment. On July 8, 2019, he submitted a urine test that was positive for cocaine. He admitted use and on July 16, 2019, he submitted another test, the result of which has not been received but he admitted using cocaine prior to the test. As such, we are recommending the court impose a punitive sanction of 30 days of location monitoring in the home detention component. He has been referred to Intensive Outpatient Treatment Program requiring him to attend treatment 3 hours per day 3 days per week. We are increasing testing and he has been advised any further use of illegal drugs will result in a hearing before the court. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

**Reginald Hawkins**
**Docket No. 7:14-CR-102-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2046
Executed On: July 16, 2019

## ORDER OF THE COURT

Considered and ordered this __18th__ day of __July__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge