UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-102-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| REGINALD HAWKINS | |

This matter comes before the Court on the Office of the Federal Public Defender's unopposed motion to continue the defendant's hearing  The Court has reviewed the motion. For the reasons stated therein, the revocation hearing in the above captioned matter is continued until that term of criminal court commencing on November 2, 2020. The Court finds the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This the 18th day of May, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge